FILED
CLERK, U.S. DISTRICT COURT
NOV - 4 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DARRYL D. WATKINS,<br><br>   Petitioner,<br><br>  v.<br><br>DAVID B. LONG, Warden,<br><br>   Respondent. | No. ED CV 13-222-RGK (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

  ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.
2. Judgment shall be entered consistent with this order.
3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: 11-04-2013

                     /s/ Gary Klausner
                 HONORABLE R. GARY KLAUSNER
                 UNITED STATES DISTRICT JUDGE