FILED
CLERK, U.S. DISTRICT COURT

NOV - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| DARRYL D. WATKINS, | No. ED CV 13-222-RGK (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DAVID B. LONG, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 11-04-2013

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE